**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VICTOR BONEY TRABAZO,
A# 024-455-859,**

    **Petitioner,**

**vs.**                                                 **Case No. 4:17cv483-WS/CAS**

**JEFF SESSIONS, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 23, 2017. ECF No. 1. Petitioner is a native and citizen of Cuba who entered the United States "in 1980 as part of the Mariel Boatlift." ECF No. 1 at 4. Petitioner was taken into ICE custody on March 20, 2017, and was ordered removed on May 4, 2017. *Id.* at 3. Petitioner advises that he waived his right to appeal the removal order. *Id.* Petitioner claimed that ICE was unable to remove him to Cuba. *Id.* at 5. Petitioner stated his understanding that "Cuba will deny any and all requests for travel documents as there are currently no formal diplomatic relations between Cuba and the United States, nor is there any

formal or informal agreement between the two countries regarding repatriation." *Id.* Contending that "there is no significant likelihood that" he would be removed in the reasonably foreseeable future, *Id.* at 7, Petitioner sought release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).

Finding the petition sufficient, service was directed and Respondents required to file an answer or other appropriate response. ECF No. 4. Respondents have filed a motion to dismiss the petition as moot because Petitioner was "removed from the United States on October 26, 2017." ECF No. 11 at 1. Because Petitioner is no longer in custody, Respondents request that this case be dismissed as moot. *Id.*

Attached to the motion is an executed Form I-205, Warrant of Removal/Deportation, which demonstrates that Petitioner was removed "to Habana, Cuba" on October 26, 2017. ECF No. 11-1 at 3. Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner is no longer in custody and this case is moot.

## RECOMMENDATION

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 11, be **GRANTED**, and this case be **DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on December 19, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**