UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICTOR BONEY TRABAZO,
A# 024–455–859

    Petitioner,

v.                                                        4:17cv483–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed December 19, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's removal from this county. No objections to the report and recommendation have been filed.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. Respondents' motion to dismiss (doc. 11) is GRANTED.

3. Petitioner's petition for writ of habeas corpus is hereby DISMISSED as moot based on Petitioner's removal from the country.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __2nd__ day of __January__, 2018.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE